IN THE UNITED STATES DISTRICT COURT
Southern District of New York

```
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :    No.: S1 11 CR 00370-001 (HB)
                                         :
        -v.-                             :    (Hon. Harold Baer, Jr.)
                                         :
ADRIAN BUSBY,                            :
                                         :
                Defendant.               :
                                         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

U.S. DISTRICT COURT
FILED
APR 18 2012
S.D. OF N.Y.

## NOTICE OF APPEAL

NOTICE is hereby given that ADRIAN BUSBY appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on April 11, 2012.

-This appeal concerns: Conviction only: ____ Sentence only: ____ Conviction & Sentence: **X**

-Defendant found guilty by plea: ____ trial: **X**

-Offense occurred after November 1, 1987? Yes: **X** No: ____

-Date of Sentence: April 9, 2012.

-Appellant is represented by counsel: Yes: ____ No: **X** If yes, provide the following:

-Appellant's counsel: Denis P. McAllister

-Counsel's address: 70 Glen Street, Ste 280 Glen Cove, NY 11542

-Counsel's phone #: (516) 671-2688

Assistant United States Attorney: **AUSA Sarah E. McCallum & AUSA Alvin Bragg**

AUSA's address: **One Saint Andrew's Plaza  New York, New York 10007**

AUSA's phone #: (212) 637-1033/1085