USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adrian Busby,

              Movant,

-against-

United States of America,

              Respondent.

ORDER TO ANSWER, 28 U.S.C. § 2255

13 Civ. 4899 (HB)

11 Cr. 370 (HB)

HAROLD BAER, JR., United States District Judge:

      The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

      The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

      The U.S. Attorney's Office shall use its best efforts to file a notice of appearance within fourteen days of the date of this Order. Within sixty days of filing a notice of appearance, the respondent shall file an answer or other pleadings in response to the motion, along with transcripts of any relevant proceedings not already contained in the record. Unless the respondent obtains an extension of time from the Court, it shall file an answer or other pleadings in response to the motion no later than ninety days from the date of this order.

The movant shall have thirty days from the date on which the movant is served with the respondent's answer to file a response. The motion will be considered fully submitted as of that date.

SO ORDERED:

Dated: August 20, 2013
New York, New York

_____
HAROLD BAER, JR.
United States District Judge